IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01071-CMA-BNB

STEESE, EVANS & FRANKEL, P.C.,

Plaintiff,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Defendant,

and

JOHN DOE,

Intervenor Defendant.

___

**ORDER**
___

Consistent with and to effectuate my Order [Doc. # 48, filed 7/23/2010]:

IT IS ORDERED that Docs. # 16, 17, 18, 23, and 25 shall remain sealed.

IT IS FURTHER ORDERED that the Intervenor Defendant shall cause to be publicly filed, on or before **July 30, 2010**, the following:

(1) John Doe's Motion to Intervene, dated June 7, 2010, with Part II contained on pages 3-4 redacted;

(2) Attorney Declaration of Stephen C. Peters In Support of Intervenor John Doe's Motion to Intervene, dated June 7, 2010, with ¶3 on page 2 redacted; and

(3) John Doe's Reply In Support of Motions to Seal and to Utilize the Pseudonym John Doe on All Papers Served on the Other Parties In This Case, dated June 14, 2010, with

page 4 redacted.

Dated July 26, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge